## CRAWFORD *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 77, September Term, 1964.]

*Decided December 7, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

In this application for leave to appeal from a determination of defective delinquency, the applicant raises no contentions that have not been passed on repeatedly by this Court. We find the evidence to be admissible and sufficient. Cf. *Silvestri v. Director,* 234 Md. 641. In so finding, we do not rely upon the report of his psychiatrist, not offered in evidence below but appearing in the record.

*Application denied.*